UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

*FILED*
MAR 21 2024
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: **2:24CR017** |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| MELISSA ACEVES | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-10

On or about the following dates, in the Northern District of Indiana,

**MELISSA ACEVES,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that she was the actual purchaser of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | November 26, 2022 | Bass Pro Shops |
| 2 | December 3, 2022 | 95 Bravo |
| 3 | December 4, 2022 | Loebker Firearms |
| 4 | January 3, 2023 | South County Guns |
| 5 | February 25, 2023 | T&J Sporting Goods |
| 6 | March 4, 2023 | Lost Empire Antiques |
| 7 | March 10, 2023 | T&J Sporting Goods |
| 8 | March 10, 2023 | T&J Sporting Goods |
| 9 | April 26, 2023 | Sheepdog Armory |
| 10 | April 28, 2023 | South County Guns |

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 11-20

On or about the following dates, in the Northern District of Indiana,

### MELISSA ACEVES,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual purchaser of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 11 | November 26, 2022 | Bass Pro Shops |
| 12 | December 3, 2022 | 95 Bravo |
| 13 | December 4, 2022 | Loebker Firearms |
| 14 | January 3, 2023 | South County Guns |
| 15 | February 25, 2023 | T&J Sporting Goods |
| 16 | March 4, 2023 | Lost Empire Antiques |
| 17 | March 10, 2023 | T&J Sporting Goods |
| 18 | March 10, 2023 | T&J Sporting Goods |

| 19 | April 26, 2023 | Sheepdog Armory |
| 20 | April 28, 2023 | South County Guns |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   */s/ Patrick D. Grindlay*
Patrick D. Grindlay
Special Assistant United States Attorney